-2

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JAVIER GONZALEZ-PEREZ,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 16-3046 (ADC)
(Related Crim. No. 15-162-2 (ADC))

## <u>ORDER</u>

Petitioner's claim about the ineffectiveness of his trial counsel for failing to file a Notice of Appeal is facially plausible, and seems to be supported by at least some evidence and allegations in the record. *See United States v. González-Vázquez*, 219 F.3d 37, 42 (1st Cir. 2000). In its response, the government concedes that, although "self-serving," petitioner's arguments of ineffective assistance for failing to file a Notice of Appeal "raises a question of fact which, if true, runs afoul of *Flores-Ortega*." **ECF No. 3** at 6 (citation omitted).

For these reasons, the Court finds that this is one of the "rare section 2255 cases in which the appointment of counsel is warranted." *United States v. Mala*, 7 F.3d 1058, 1064 (1st Cir. 1993); *see* 18 U.S.C. §3006(a)(2)(B)(allowing the appointment of counsel in section 2255 cases if "the interest of justice so require").

Accordingly, attorney Laura Maldonado is appointed as petitioner's counsel.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 23rd day of January 2020.

**S/AIDA M. DELGADO-COLÓN**
**United States District Judge**